

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 21, 2017

**VIA ELECTRONIC MAIL DELIVERY**

Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Steven M. Etkind
               17 Cr. 590 (___)

Dear Judge Cott:

      I am a Special Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York, and I am responsible for the prosecution of this matter. The United States of America respectfully submits this letter to request that the above-referenced Indictment be unsealed and that the case be assigned to a District Judge. Previously, the Government designated the case as Wheel B. The defendant was arrested today in New York, New York.

      I declare under penalties of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                  United States Attorney

                    By:  /s/ Jorge Almonte
                          Jorge Almonte
                          Special Assistant United States Attorney

SO ORDERED:

_____
The Honorable James L. Cott
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2018

16303366.1