UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Case No. 17-Crim.-590 (JGK)

Steven M. Etkind,

*Defendant.*

## ~~PROPOSED~~ ORDER

Upon consideration of Defendant Steven M. Etkind's Unopposed Motion to Terminate his Remaining Term of ~~Probation~~ Supervised Release, pursuant to 18 U.S.C. Section 3583(e)(1), the Court hereby immediately TERMINATES the term of his supervised release in this case and discharges Steven M. Etkind for the reasons set forth in his Petition. Such relief is warranted based on the conduct of the defendant and the interest of justice.

**SO ORDERED**

Dated: April 13, 2022

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK